AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalton, Jr., Roy B. | U.S. District Court, Middle District of Florida | 05/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

401 West Central Blvd.
Suite 4750
Orlando, FL 32801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rugby Property, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Rugby Property, LLC - Management Fee |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rugby Property, LLC: (Passive Investment as General Partner) | | | | | | | | | |
| 2. - Seaside Bank Account | | None | J | T | | | | | |
| 3. - Rental Property #2 (Pensacola, FL) | B | Rent | | | Sold | 01/14/16 | N | A | |
| 4. - Rental Property #3 (Pensacola, FL) | F | Rent | O | W | Buy | 01/14/16 | O | | |
| 5. Rental Property, Orlando, FL | D | Rent | M | W | | | | | |
| 6. Government Personnel Mutual Whole Life | A | Interest | J | T | | | | | |
| 7. Seaside Bank Accounts | A | Interest | J | T | | | | | |
| 8. John Hancock Guaranteed Universal Life Policy | | None | M | T | | | | | |
| 9. Limited Partnership Interest in ITB Premium Fund II, LTD (IRA #2) | | None | M | U | | | | | |
| 10. Working Interest - Baker, Fisher County, TX | A | Royalty | J | W | | | | | |
| 11. Working Interest - Baldwin, Clay County, TX | A | Royalty | J | W | | | | | |
| 12. Working Interest - Cato #11, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 13. Working Interest - Gibson 1, Cottle County, TX | A | Royalty | J | W | | | | | |
| 14. Working Interest - Hamilton #2, Palo Pinto County, TX | A | Royalty | J | W | | | | | |
| 15. Working Interest, Lytle Unit, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 16. Working Interest, Mayfield - Clay County, TX | A | Royalty | J | W | | | | | |
| 17. Working Interest - McLellan-Swofford, Hardeman County, TX | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Working Interest - McNeese West, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 19. Working Interest - Minshew Unit, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 20. Working Interest - Smith Eagle Creek #1, Nolan County, TX | A | Royalty | J | W | | | | | |
| 21. Working Interest - Smith Eagle Creek #2, Nolan County, TX | | None | J | W | | | | | |
| 22. Working Interest - Southern Cotton, Hardeman County, TX | D | Royalty | K | W | | | | | |
| 23. Working Interest - Stell #2, Clay County, TX | A | Royalty | J | W | | | | | |
| 24. Working Interest - Word #5, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 25. Working Interest - Word #A-2, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 26. Working Interest - Young, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 27. Working Interest - Word #4, Hardeman County, TX | | None | J | W | | | | | |
| 28. Working Interest - Johnson #1, King County, TX | A | Royalty | J | W | | | | | |
| 29. Working Interest - Word #6, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 30. Working Interest - Southern Cotton A-1, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 31. Three Shores Bancorporation, Common Stock | | None | N | T | | | | | |
| 32. GK Aviation, LLC (Passive Investment as a Limited Partner) | A | Distribution | K | U | | | | | |
| 33. GK Aviation, Inc. (Passive Investment as a Limited Shareholder) | A | Distribution | K | U | | | | | |
| 34. Brokerage Account #1: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Seaside Bank Account Sweep Fund | A | Interest | J | T | | | | | |
| 36.  - Three Shores Bancorporation | | None | M | T | | | | | |
| 37.  Brokerage Account #2: | | | | | | | | | |
| 38.  - Seaside Bank Account Sweep Fund | A | Interest | K | T | | | | | |
| 39.  - Carrizo Springs TX Cons Dept | A | Interest | K | T | | | | | |
| 40.  - Eagle Mtn & Saginaw Tex Indpt Ultd Tax Ref Bds | A | Interest | K | T | | | | | |
| 41.  - Florida St Brd Ed Cap Outlay Cap Outlay Bds | A | Interest | K | T | | | | | |
| 42.  - Franklin Ind Cmnty Multi Sch B First Municipal Bond | B | Interest | L | T | | | | | |
| 43.  - Indiana Fin Autho Hwy Rev Municipal Bond | B | Interest | | | Sold | 12/01/16 | L | | |
| 44.  - Lauderhill Fla Wtr & Swr Rev Municipal Bond | B | Interest | | | Sold | 11/03/16 | K | | |
| 45.  - Maine Mun Bd Bk Serial Bond | A | Interest | K | T | | | | | |
| 46.  - New Jersey St CTFS Partn Equip Lease Municipal Bond | C | Interest | L | T | | | | | |
| 47.  - Old Saybrook Conn GO Bds | A | Interest | K | T | | | | | |
| 48.  - Seattle Wash RFDG Municipal Bond | C | Interest | L | T | | | | | |
| 49.  - Wheelerville NY Un Free Sch D GO Sch Dist Bds | A | Interest | K | T | | | | | |
| 50.  - Cohen & Steers Preferred Securities | B | Dividend | K | T | | | | | |
| 51.  - Lord Abbett Investment Trust | B | Dividend | K | T | Sold (part) | 04/06/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/04/16 | J | | |
| 53. | | | | | Sold (part) | 07/12/16 | J | | |
| 54. | | | | | Sold (part) | 08/10/16 | J | | |
| 55. | | | | | Sold (part) | 11/22/16 | J | | |
| 56. - Metropolitan West Total Return Fund | B | Dividend | K | T | Sold (part) | 07/12/16 | J | A | |
| 57. | | | | | Sold (part) | 11/22/16 | J | | |
| 58. - T Rowe Price Institutional Floating Rate Fund #170 Mutual Fund | B | Dividend | K | T | Sold (part) | 09/09/16 | J | | |
| 59. | | | | | Sold (part) | 12/27/16 | J | | |
| 60. - Federated Strategic Value Dividend Fund IS #662 Mutual Fund | C | Dividend | L | T | Sold (part) | 06/30/16 | J | A | |
| 61. - Thornburg Investment Income Builder Fund Class I #261 | A | Dividend | | | Sold | 04/20/16 | K | | |
| 62. - Vanguard Total Stock Market Index Fund - ADM #585 Mutual Fund | B | Dividend | L | T | Sold (part) | 06/30/16 | J | A | |
| 63. - Pimco Short Term Fund Inst #37 | A | Dividend | | | Sold (part) | 01/25/16 | J | | |
| 64. | | | | | Sold | 04/20/16 | J | | |
| 65. - Vanguard High Yield Corp Fd ADM #529 | B | Dividend | K | T | | | | | |
| 66. - Catalyst Hedged Futures Strategy Fund Class I #217 | B | Dividend | J | T | | | | | |
| 67. - Delaware Value Fund Class I #459 | B | Dividend | L | T | Sold (part) | 01/25/16 | J | | |
| 68. | | | | | Sold (part) | 07/01/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - T Rowe Price New America Growth Fund #60 | | None | | | Sold | 02/17/16 | K | | |
| 70. -Threeshores Bancorporation Common Stock | | None | L | T | | | | | |
| 71. - VanGuard Short Term Investment Grade Fund - ADM #539 | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 72. | | | | | Sold (part) | 05/04/16 | J | A | |
| 73. | | | | | Sold (part) | 12/27/16 | J | | |
| 74. -VanGuard Intermediate-Term Investment Grade Fund ADM #571 | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 75. -VanGuard Itermediate Term Treasury Fund ADM #535 | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 76. - VanGuard Short Term Federal Fund ADM #549 | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 77. - Mainstay Epoch Global Equity Yield Fund Class I #1212 | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 78. - Pioneer Fundamental Growth Fund Class Y #740 | A | Dividend | K | T | Buy | 02/18/16 | K | | |
| 79. | | | | | Sold (part) | 06/30/16 | J | A | |
| 80. - Doubleline Total Return Bond Fund Cl1 #2040 | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 81. - Fargo N D Ref Impt Bonds 2012 | | None | K | T | Buy | 12/02/16 | K | | |
| 82. - Berks County PA Go Bonds 2015 | A | Interest | K | T | Buy | 11/04/16 | K | | |
| 83. - Wilkes County NC Ltd Oblig Ref Bonds 2015 | | None | K | T | Buy | 12/06/16 | K | | |
| 84. - Bellingham Washington Go Bonds | A | Interest | K | T | Buy | 11/04/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII (Investments and Trusts): The royalty income disclosed in Column B for each working interest is gross income from the specific oil well.

2) Part VII (Investments and Trusts): Line 36 and Line 37 from the 2015 report have been combined as one line (Line 35) on the current year report because they are the same type of account.

3) Part VII (Investments and Trusts): Line 40 and Line 41 from the 2015 report have been combined as one line (Line 38) on the current year report because they are the same type of account.

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/02/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roy B. Dalton, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544